

U.S. POSTAGE PAID
FCM LG ENV
ROCHESTER, NY
14626
JUN 22, 20
AMOUNT
$5.55
R2305P151455-01

7019 2280 0001 6530 2785

**To:** Mark W. Pedersen
United States Magistrate Judge
U.S. District Court – 100 State St
Western District of New York
Rochester, New York 14614

100 State Street

**From:**
Michael Cordaro
35 Chateau Lane
Rochester, NY 14606